| | |
|---|---|
| Mark A. Carter<br>Attorney for Debtor<br>P.O. Box 61505<br>Vancouver, WA 98666<br>(360) 694-8955 | The Honorable Mary Jo Heston<br>Chapter: 13 Proceeding<br>Location: Federal Building<br>500 W. 12th, 2nd Floor<br>Vancouver, Washington<br>Hearing Date: February 6, 2018<br>Hearing Time: 9:00 a.m.<br>Response Date: January 30, 2018 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re )
)  CAUSE NO. 16-41020
Dwight A Parker )
Tara L Parker )  MOTION TO REOPEN CASE
                Debtor(s). )
)

COMES NOW the debtor(s), Dwight A Parker and Tara L Parker, being represented by their attorney, Mark A. Carter, and respectfully moves this Court for an order allowing the debtor(s) to reopen the chapter 7 bankruptcy pursuant to Rule 5010 and 11 U.S.C. 350(b).

The debtors seek to have the bankruptcy case reopened for the purpose of amending their schedules to add a judgment creditor that has that has recently garnished their bank account. The debtors did not realize that the creditor had not been included in the original filing. The debtors will formally amend to include this creditor. It is in the debtors best interest to reopen their case.

DATED this 19th day of January, 2018

Presented By: /s/ Mark A. Carter
Mark A. Carter, WSB No. 24016
Attorney for Debtors

MOTION TO REOPEN CASE - 1

**MARK A. CARTER**
Attorney at Law
1409 Franklin Street
Vancouver, WA 98660
(360) 694-8955